UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
JUAN SANCHEZ MEDRANO, on behalf of himself, : Case No. 12 CV 5529
and others similarly situated, : (NG)(MDG)
:
                            Plaintiff, : **STIPULATION OF**
: **DISMISSAL**
    -against- :
:
PALE MINI MARKET, INC., :
d/b/a ASSOCIATED SUPERMARKET, :
and CARLOS M. SERRATA, :
:
                          Defendants.
---------------------------------------------------------------X

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 29 2013 ★
BROOKLYN OFFICE

The matter in the above-captioned action having been amicably resolved, it is hereby stipulated and agreed, pursuant to Federal Rule of civil Procedure 41(a), that the case shall be, and hereby is, dismissed with prejudice and without costs or attorneys' fees against any party.

**CILENTI & COOPER, PLLC**
Attorneys for Plaintiff

_____
Peter H. Cooper, Esq.
708 Third Avenue – 6th Floor
New York, New York 10017
Telephone (212) 209-3933
Dated: 7/18/13

**GARY SCHOER**
Attorneys for Defendants

_____
Gary Schoer, Esq.
6800 Jericho Turnpike
Syosset, New York 11791
Telephone (516) 496-3500
Dated: 7/19/13

So Ordered:
/s/Nina Gershon
7/26/13